## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:17-cv-01574 |
| v. | ) | |
| | ) | |
| CARNEGIE MELLON UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

Hearing Type:   Oral Argument

Date:   December 5, 2017

Before:   Judge Mark R. Hornak

| | |
|---|---|
| Counsel for Plaintiff | Timothy Lyon |
| Counsel for Defendant | Catherine Ryan; Jeffrey Weimer; Jim Mercolini |
| Court Reporter | Richard Ford |
| Law Clerk | Katherine Vaky |
| Start time | 4:00 PM |
| End time | 5:12 PM |

## SUMMARY OF PROCEEDINGS:

The Court held Oral Argument on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 5]. An appropriate Order will issue.