IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 2:17-cv-01574 |
| v. | ) |
| | ) Judge Mark R. Hornak |
| CARNEGIE MELLON UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, on the 6th day of December, 2017, for the in-depth reasons stated on the record in open Court on the 5th day of December, 2017, Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, ECF No. 5, is DENIED WITHOUT PREJUDICE.

This Court further Orders that Plaintiff's Motion for Permission to Proceed under Pseudonym,[1] ECF No. 3, is hereby GRANTED and Plaintiff shall file under seal, without need for redaction, a statement of the true names of John Doe and Jane Roe.

This Order authorizing the filing of certain materials under seal is provisional in that it may be vacated or modified, in whole or in part, at any time for good cause shown upon the motion of any party (or any other person with a recognized interest as to such matters), or by the Court upon its own motion.
/s/ Mark R. Hornak, U.S. District Judge

Mark R. Hornak
United States District Judge

cc: All counsel of record

---

[1] Defendant asserted in Court on December 5, 2017, that Defendant was not opposed to this Motion.