**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN DOE, | : | CIVIL DIVISION |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 2:17-CV-01574 |
| v. | : | |
| | : | |
| CARNEGIE MELLON UNIVERSITY, | : | JURY TRIAL DEMANDED |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

And now this _____4TH_____ day of __May__, 2018, upon consideration of

the Consent Motion for an Extension of Time to Serve Complaint, it is hereby ORDERED that

said Motion is GRANTED, and Plaintiff has an additional thirty days, or until the 3rd day of

June, 2018, to serve the Verified Complaint upon Defendant.

BY THE COURT:

_____

J.