IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | : Civil Action No. 2:17-CV-01574 |
| Plaintiff, | : |
| | : Judge Mark R. Hornak |
| v. | : |
| CARNEGIE MELLON UNIVERSITY, | : |
| Defendant. | : |

ORDER APPROVING
**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff John Doe, by his counsel LEECH TISHMAN FUSCALDO & LAMPL, LLC, hereby voluntarily dismisses this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant Carnegie Mellon University has not filed an answer, a motion for summary judgment, or other responsive pleading to Plaintiff's Complaint. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), the dismissal of this action is without prejudice.

Dated: May 25, 2018

*Approved*
[signature]
USDJ
May 25, 2018

Respectfully submitted,

LEECH TISHMAN FUSCALDO & LAMPL, LLC

*/s/ David V. Weicht*
David V. Weicht, Esq.
PA ID No. 65191
Erica M. Pietranton, Esq.
PA ID No. 314247
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Phone: (412) 261-1600
Facsimile: (412) 227-5551
dweicht@leechtishman.com
epietranton@leechtishman.com